January 07, 2011

Mr. Jeremy C. Martin
Jeremy C. Martin, P.C.
1349 Empire Central Drive
Woodview Tower, Suite 600
Dallas, TX 75247-4042

Honorable David James Hanschen
254th District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Suite 340
Dallas, TX 75202
Mr. John Paul McCall Jr.
Attorney at Law
115 S. Tyler #200
Dallas, TX 75208

Mr. Charles E. Miller Jr.
4019 N. Galloway Ave., Ste. D
Mesquite, TX 75150

RE: Case Number: 10-1011
 Court of Appeals Number: 05-10-01492-CV
 Trial Court Number: 10-16367-R

Style: IN RE SARAH KOVICH

Dear Counsel:

 Today the Supreme Court of Texas granted the Unopposed Motion to Abate
Original Proceeding and issued the enclosed abatement order in the above-
referenced case. The stay order issued December 14, 2010 is lifted in
part.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Carmen Carrasco |
| |Urias |
| |Mr. Gary Fitzsimmons |
| |Ms. Lisa Matz |